USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-16-18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAKAR INTERNATIONAL, INC.,

    Plaintiff/Counter-defendant,

vs.

CELISTICS HOLDINGS, S.A.,

    Defendant/Counter-plaintiff.

Civ. Action No.: 1:17-cv-00175-ALC/RLE

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this litigation, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. This action be dismissed with prejudice.
2. That each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: New York, New York
February 15, 2018

**MEMO ENDORSED**

[signature]
2-16-18

WACHTEL MISSRY LLP

By: _____
Evan S. Weintraub, Esq.
David Yeger, Esq.
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
(212) 909-9500
(212) 371-0320 (fax)
weintraub@wmllp.com
dyeger@wmllp.com

*Attorneys for Plaintiff/Counter-defendant*

43912158;1

Dated: New York, NY
      February 15, 2018

AKERMAN LLP

/s/
Darryl R. Graham
666 Fifth Avenue, 20th Floor
New York, NY 10103
Tel. (212) 880-3800
Fax (212) 880-8965

*Attorneys for Defendant/Counter-plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/
Darryl R. Graham

## SERVICE LIST

Evan S. Weintraub, Esq.
David Yeger, Esq.
**Wachtel Missry LLP**
One Dag Hammarskjold Plaza
885 Second Avenue, 47th Floor
New York, New York 10017
(212) 909-9500
(212) 371-0320 (fax)
weintraub@wmllp.com
dyeger@wmllp.com

*Attorneys for Plaintiff/Counter-defendant*

43912158;1